UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** )<br>　　Plaintiff, )<br>vs. )<br>**Frederick Destefano** )<br>　　Defendant ) | Case No.: **1:05-cv-11837-NMG**<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

　　The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

_11/11/05_
Date

_/s/ John M. McLaughlin_
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

Respectfully Submitted for the Defendant,
The Late Frederick DeStefano and on behalf of the
Estate of Frederick DeStefano
By his son,

_November 5, 2005_
Date

_Frederick A. DeStefano, Jr._
Frederick A. DeStefano Jr.
11A Washington Street
Newton, MA 02458